IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY SOLOMON K. CHIJIOKE-UCHE | : | CIVIL ACTION |
| | : | NO. 19-4006 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW,** this **9th** day of **March, 2023,** upon consideration of Defendant's Motion in Limine to Exclude Email Evidence (ECF No. 163), Defendant's Motion in Limine to Exclude Transcripts of Phone Calls (ECF No. 164), Plaintiff's Responses thereto (ECF Nos. 165, 166), and a hearing on the record, it is hereby **ORDERED** that:

    1.    Defendant's Motion in Limine to Exclude Email Evidence (ECF No. 163) is **TAKEN UNDER ADVISEMENT.** Plaintiff shall report to Defendant and the Court by **March 24, 2023** whether he has the original, electronic copies of the emails. If Plaintiff has such original copies, Plaintiff shall produce the original emails with metadata to Defendant by **March 31, 2023.** If Plaintiff advises Defendant and the Court that he no longer has possession of the original

emails, then Defendant shall take the necessary steps to obtain the original emails from the senders by **April 10, 2023.**

2. Defendant's Motion in Limine to Exclude Transcripts of Phone Calls (ECF No. 164) is **GRANTED.** Plaintiff shall not introduce the transcripts of the phone calls (Affidavits K2 and K3, ECF Nos. 73-23, 73-24) at trial.[1]

It is **FURTHER ORDERED** that:

1. As previously stated, the case shall be bifurcated into a liability phase and a damages phase. See Order, ECF No. 134.

2. Because Plaintiff is proceeding pro se and will not have counsel available to question him while on the stand, Plaintiff shall submit a narrative statement of his case as to Defendant's liability, which will serve as his direct testimony at trial. Plaintiff shall file such narrative statement by **April 10, 2023.**

3. Plaintiff shall identify and re-label in numeric order (i.e., Exhibit 1, Exhibit 2, Exhibit 3) each of the

---

[1] These transcripts are not substantive evidence. To the extent there are circumstances under which a transcript may be admitted as substantive evidence, they are not present here in that the absence of the initial recording appears to be the result of lack of care by the Plaintiff, who recorded the calls.

exhibits that he proposes to offer during the course of his testimony as to Defendant's liability, and provide a brief description of each exhibit by **April 10, 2023.**

4. Defendant shall provide a proffer of the expected testimony of its witnesses as to liability by **April 10, 2023.** Defendant shall also file a list of exhibits that it seeks to introduce, describing each exhibit in brief and stating which witness(es) will testify as to which exhibits by **April 10, 2023.**

5. The parties shall file evidentiary objections to the admissibility of the exhibits and any motions to strike proffered testimony by **May 8, 2023.** Any responses to objections or motions to strike shall be filed by **May 29, 2023.**

6. A status conference and hearing on any such objections or motions shall be held on **June 26, 2023**, at **10:00 am** in Courtroom 15A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**